# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| LARRY WATSON | : | NO. 05-208 |
| | : | |

## ORDER

**AND NOW** this 19th day of August, 2011, upon consideration of Defendant, Larry Watson's ("Defendant"), Motion for "Modification/Reconsideration of Sentence Pursuant to Title 18 U.S.C. § 3582(a)(1)(A)" ("Motion") (Doc. No. 28) and the Response in Opposition thereto, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

                                                                   BY THE COURT:

                                                                  /s/ Robert F. Kelly
                                                                  ROBERT F. KELLY
                                                                  SENIOR JUDGE